UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE JUSTICE, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:22-CV-00050-SRC |
| SAFEWAY (USA), INC., et al., | ) |
| Defendant(s). | ) |

## EXHIBIT RECEIPT

I have this date received all exhibits received in evidence, and shall retain said exhibits until the time for filing a Notice of Appeal has expired.

2-28-25
Date

_____
Attorney for Plaintiff(s)

_____
Attorney for Defendant(s)