**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KYLE JUSTICE and ANNALEAH JUSTICE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.:  4:22-cv-00050-SRC |
| | ) | |
| BESTWAY (USA), INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**

The parties, by and through the undersigned counsel, and in accordance Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate that this action may be dismissed, with prejudice, and with all parties to bear their own costs.

**Respectfully submitted,**

**WATTERS WOLF BUB & HANSMANN, LLC**

/s/ *Brandon B. Copeland*
David P. Bub, #44554
Brandon B. Copeland, #58226
*600 Kellwood Parkway, Suite # 120*
*St. Louis MO 63017*
636-798-0570
636-798-0693 – FAX
dbub@wwbhlaw.com
bcopeland@wwbhlaw.com
***Attorneys for Defendant Bestway (USA), Inc.***

**TorHoerman Law LLC**

*/s/Eric M. Terry*
Eric M. Terry, # 57102MO
Kenneth J. Brennan, # 47523MO
Tyler J. Schneider, # 67243MO

> Jacob W. Plattenberger (*Pro hac vice*)
> 210 South Main Street
> Edwardsville, IL 62025
> Telephone: (618) 656-4400
> Email: eric@thlawyer.com
> kbrennan@thlawyer.com
> tyler@thlawyer.com
> jake@thlawyer.com
> *Attorneys for Plaintiffs*
>
> **SKELTON MOORE POWELL LINDSEY POUR, LLC**
>
> /s/ *Brandon J. Powell*
> Brandon J. Powell  MO # 73271;
> Skelton Moore
> 500 N Broadway, Suite 1610
> St. Louis, MO 63102
> Telephone: (314) 887-8488
> Bpowell@skeltonmoore.com
> **Attorneys for former defendant Rural King Holdings, LLP**

**\*\*Filed by counsel for Defendant Bestway (USA), Inc. with the permission of counsel for Plaintiffs and former Defendant Rural King Holdings, LLP.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of March, 2025, I caused to be electronically filed and served the foregoing with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

> /s/ *Brandon B. Copeland*